

1  **BRYAN CAVE LLP**
   Tracy M. Talbot, California Bar No. 259786
2  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
3  Telephone:      415-675-3400
   Facsimile:      415-675-3434
4  E-mail:         tracy.talbot@bryancave.com

5  **BRYAN CAVE LLP**
   Stuart W. Price, Cal. Bar No. 125918
6  3161 Michelson Drive, Suite 1500
   Irvine, California 92612
7  Telephone:      (949) 223-7000
   Facsimile:      (949) 223-7100
8  E-Mail: swprice@bryancave.com

9
   Attorneys for Defendant
10 BANK OF AMERICA, N.A. (erroneously sued as Bank of America)

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13

14 ANGEL MARISCAL and MARIA            Case No.     CV 10 4061
   BASTIDAS,
15
                                       **NOTICE OF REMOVAL OF ACTION TO**
16          Plaintiffs,                **UNITED STATES DISTRICT COURT**
                                       **UNDER 28 U.S.C. §§ 1332, 1441 and 1446**
17     vs.                             **(DIVERSITY)**

18 BANK OF AMERICA; DOES 1-10 inclusive,    (San Mateo County Superior Court Case No.
                                            CIV494769)
19          Defendants.

20

21

22

23

24

25

26

27

28

SF01DOCS\20239.1

1  **TO PLAINTIFFS ANGEL MARISCAL AND MARIA BASTIDAS, THEIR**
2  **ATTORNEY OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

3      **PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant
4  BANK OF AMERICA, N.A. (erroneously sued as Bank of America) ("Removing Defendant") hereby
5  removes the above-referenced action from the Superior Court for the State of California, County of
6  San Mateo, to the United States District Court for the Northern District of California, and in support
7  of this removal state as follows:

8                                        **PROCEDURAL HISTORY**

9      1.      On May 5, 2010, Plaintiffs filed a Complaint in the Superior Court of the State of
10  California, County of San Mateo, entitled *Angel Mariscal and Maria Bastidas v. Bank of America, et*
11  *al.*, San Mateo County Superior Court Case No. CIV494769 (the "State Court Action").  The
12  Complaint asserts a total of eight causes of action against Removing Defendant, including claims for
13  Breach of Duty of Good Faith and Fair Dealing, Violation of California Civil Code Section 2923.5(c),
14  Violation of California Civil Code Section 2923.6, Unfair Business Dealings in Violation of
15  California Business and Professions Code § 17200, Misrepresentation and Fraud in Violation of
16  California Business and Professions Code §17500, Violation of California Civil Code Section 1632,
17  Unjust Enrichment, and Infliction of Emotional Distress.

18      2.      Bank of America, N.A. was served with the Complaint through its Registered Agent
19  on July 28, 2010.  A true and correct copy of the Summons, Complaint and Civil Cover Sheet, as well
20  as all other pleadings and documents filed in the State Court Action are attached as Exhibit 1.

21                                        **TIMELINESS OF REMOVAL**

22      3.      Bank of America, N.A. was served with the Complaint on July 28, 2010.  Upon
23  information and belief no other parties have been served.  This Notice of Removal is being filed on
24  August 27, 2010, and is timely under 28 U.S.C. § 1446(b).

25                                        **BASIS FOR REMOVAL JURISDICTION**

26      4.      This action is a civil action in which this Court has original jurisdiction over the State
27  Court Action under 28 U.S.C. § 1332, and the State Court Action may be removed to this Court
28  pursuant to the provisions of 28 U.S.C. § 1441(b) because Plaintiffs and Removing Defendant are

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

1 citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of
2 interest and costs.

3      5.      At the time this action was commenced Defendant Bank of America, N.A. ("BANA")
4 was and is now, a national banking association that, according to its Articles of Association, has its
5 principal place of business in North Carolina. As such, it is a citizen of North Carolina.

6      7.      At the time this action was commenced Plaintiffs Angel Mariscal and Maria Bastidas
7 were and are now, citizens of California.

8      8.      Thus, Plaintiffs and Removing Defendant are citizens of different states for the
9 purpose of diversity jurisdiction pursuant to 28, U.S.C. § 1332.

10      9.      The amount in controversy in this action, exclusive of interest and costs, exceeds
11 $75,000. (*See* Compl. ¶¶ 7 and 16.)

12                                    **PROCEDURES FOR REMOVAL**

13      10.      Exhibit 1 constitutes all process, pleadings, and orders received and obtained by
14 Removing Defendants in the State Court Action. 28 U.S.C. § 1446(a).

15      11.      Pursuant to 28 U.S.C. § 1446(d), Removing Defendant is filing a copy of this Notice
16 of Removal with the Superior Court of the State of California for the County of San Mateo, and is
17 serving a copy of the same upon counsel for Plaintiffs.

18                                    **NOTICE TO STATE COURT**

19      12.      A copy of this Notice of Removal is being filed with the Clerk of the Superior Court
20 for the County of San Mateo as an exhibit to the Notice to Adverse Party and State Court of Removal
21 of Civil Action to Federal Court being filed in that court. A copy of the Notice to Adverse Party and
22 State Court being filed in state court is attached hereto (without exhibits) as Exhibit 2.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

1    WHEREFORE, Removing Defendant hereby gives notice that the above action now pending

2  in the Superior Court of the State of California for the County of San Mateo is removed in its entirety

3  to this Court.

4  Dated: September 9, 2010                    **BRYAN CAVE LLP**
                                                Stuart W. Price
5                                               Tracy M. Talbot

6

7                                               By: _____
                                                        Tracy M. Talbot
8                                               Attorneys for Defendant
                                                BANK OF AMERICA, N.A.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ali Nehme Bar # 236360<br>Law Offices of Deborah J. Pimentel<br>100 Park Place, Suite 200, San Ramon, CA 94583<br>  TELEPHONE NO.: 925-837-6300    FAX NO.: 888-449-2585<br>ATTORNEY FOR *(Name)*: Plaintiffs Angel Mariscal and Maria Bastidas | RECEIVED<br><br>MAY 5 - 2010<br><br>CLERK OF THE SUPERIOR COURT<br>SAN MATEO COUNTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, California 94063
BRANCH NAME: Southern

CASE NAME:
Mariscal, et al. v. Bank of America

| CIVIL CASE COVER SHEET<br>[✓] Unlimited  [ ] Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | CASE NUMBER:<br>CIV 494769<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [✓] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation**
**(Cal. Rules of Court, rules 1800–1812)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply)*:
   a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify)*: Eight
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: May 4, 2010

Ali Nehme
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2008]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BANK OF AMERICA
Does 1 to 10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANGEL MARISCAL and MARIA BASTIDAS



FOR COURT USE ONLY
*(SOLO PAPA USO DE LA CORTE)*

[ENDORSED]
FILED
SAN MATEO COUNTY

MAY 5 2010

Clerk of the Superior Court
G. Lacey
BY DEPUTY

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Mateo<br>400 County Center<br>Redwood City, California 94063 | CASE NUMBER:<br>*(Número del Caso):*<br>CIV 4 9 4 7 6 9 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ali Nehme Bar # 236360
Law Offices Of Deborah J. Pimentel, 100 Park Place, Suite 200, San Ramon, CA 94583

| DATE: MAY 5 - 2010<br>*(Fecha)* | JOHN C. FITTON | Clerk, by G. LACEY<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. | www.USCourtForms.com

LAW OFFICES OF DEBORAH J. PIMENTEL
Ali Nehme SBN 236360
Attorney at Law
100 Park Place, Suite 200
San Ramon, CA 94583
925 837-6300 (ofc)
888 449 2585 (fax)



(ENDORSED)
FILED
SAN MATEO COUNTY

MAY 5 ~ 2010

Clerk of the Superior Court
By ............. G. Lacey
DEPUTY CLERK

Attorney for Plaintiffs ANGEL MARISCAL and MARIA BASTIDAS

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

ANGEL MARISCAL and MARIA BASTIDAS

                        Plaintiffs,

            vs.

BANK OF AMERICA , DOES 1 – 10, Inclusive,

                      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIV 4 9 4 7 6 9

Case No.:

COMPLAINT FOR BREACH OF DUTY OF GOOD
FAITH AND FAIR DEALING;VIOLATION OF CA
CIVIL CODE, SECTION 2923.5 ( c), 2923.6 ;
UNFAIR BUSINESS DEALINGS IN VIOLATION
OF CA BUSINESS AND PROFESSIONS CODE §
17200 AND 17500, (PREDATORY LENDING);
VIOLATION OF CA CIVIL CODE SECTION 1632,
UNJUST ENRICHMENT, INFLICTION OF
EMOTIONAL DISTRESS

JURY TRIAL IS DEMANDED

PLAINTIFFS HEREIN allege against Defendants as follows:.

1. Plaintiffs are a married couple who reside, and who at all times mentioned herein resided, at

1574 Lodi Avenue, San Mateo, CA 94401

2. Defendant BANK OF AMERICA is or was a mortgage company authorized to do business

and at all times relevant was doing business in California. BANK OF AMERICA, is the mortgagee on

record of the mortgage loan which is the subject of this action. For the periods relevant to this action

BANK OF AMERICA held, and serviced this loan.

MARISCAL v. BANK OF AMERICA

1

3.   At all times relevant hereto, BANK OF AMERICA has regularly extended or offered to extend consumer credit for which a finance charge is or may be imposed or which, by written agreement, is payable in more than four installments BANK OF AMERICA is a creditor within the meaning of the TILA, 15 U.S.C. § 1602(f) and Regulation Z § 226.2(a)(17).

4.   At all times relevant BANK OF AMERICA is or was at all times relevant is or was a federal savings bank chartered by the United States Treasury Department, and at all times mentioned herein, conducted business in California.

## FACTS RELATING TO PLAINTIFFS AND THE TRANSACTION

5.   In or about August 2006, Plaintiffs and BANK OF AMERICA entered into a mortgage contract for the refinance of Plaintiffs' home located 1574 Lodi Avenue, San Mateo, CA 94401.

6.   At all times relevant, the loan documents herein were negotiated , discussed and explained to Plaintiffs  that they had to refinance their mortgage loan in order to get a cash out for $8,000.00. However, Defendant did not explain to Plaintiffs that a line credit would have been sufficient at a normal rate and the payments  would have been around $60.00 per month.

7.  The refinancing of Plaintiffs' home cost Plaintiffs around an amount of $30,000.00, which was calculated as follows: Prepayment penalties around  $18,000.00 and other obscured and unclear charges of $12,000.00. This is the amount that Plaintiffs had to pay, $30,000.00, to get a mere cash out of $8,000.00.

8. At all times relevant, the option programs in the loan documents herein were not negotiated, and discussed . In addition, The consequences of such option programs were never explained  to Plaintiffs.

9.   The resulting  monthly payments were more than plaintiffs had been paying under their original loan . Plaintiff's' payments suddenly increased from $2,000.00 per month to either 3,000.00 per month for principal and interest or a below interest payment of $1721.00 that would ballooned to 5,300.00 by August 2009, along with an increase of the interest rate.  This created extreme economic hardship to Plaintiffs who could have easily made the payments of $2,060.00, per month, if Defendant would have had informed them of the availability of the line credit as an alternative to refinancing.

10.  In or about July 2007, Plaintiffs began negotiations to modify their mortgage loan  with

---

MARISCAL v. BANK OF AMERICA

1   BANK OF AMERICA .

2       11. BANK OF AMERICA'S agents advised Plaintiffs that in order to get the loan modification;

3   Plaintiffs must stop making their monthly payments.

4       12. In or about December 2009, Plaintiffs ceased making their monthly payments in reliance on

5   BANK OF AMERICA'S agents' advice.

6       13. In December 2009, BANK OF AMERICA denied Plaintiffs' loan modification with no

7   reasonable explanation. In addition, BANK OF AMERICA did not negotiate a loan modification in good

8   faith and did not assess Plaintiffs' financial situation and explore options to avoid unnecessary foreclosure

9   proceeding.

10      14.  In or about January 2010, Plaintiffs sent a Qualified Written Request to BANK OF AMERICA

11  requesting documents, specifically, copies of the Note, Plaintiffs' final loan application (Form 1003).

12      15. At this time, Plaintiffs are in imminent the danger of losing their house.

13

14                    **I.  VIOLATION OF THE DUTIES OF
                        GOOD FAITH AND FAIR DEALING**

15

16      16.  Plaintiffs incorporate by reference paragraphs 1-15 above by reference herein.

17      17. Plaintiffs relied to their detriment on the representation made by BANK OF AMERICA  and its

18  agents that refinancing is the only alternative in order to get a cash out of $8,000.00 while Defendant and

19  its agents knew and had to reason to know  that a line of credit would have  been an alternative to

20  refinancing.

21      18. At all times herein mentioned, BANK OF AMERICA, its employees, representatives and

22  agents were bound by the duty of good faith and fair dealing.

23      19.  Relying on the representation, Plaintiffs reasonably believed that Defendant was acting in

24  good faith and being fair.

25      20. At all times herein mentioned, BANK OF AMERICA, its employees, representatives and

26  agents were bound by the duty of good faith and fair dealing.

27      21. Defendant breached this duty by failing to fully disclose all material aspects and other

28  alternatives to get a cash out for $8,000.00.

MARISCAL v. BANK OF AMERICA

22. As a result of Defendant's breach, Plaintiffs suffered irreparable harm and monetary damages. Plaintiffs are in imminent danger of losing their home and their investment and fees of $193,500.00. This was calculated and based upon Plaintiffs' down payments to purchase the house of $35,000.00 . From February 2005 to July 2006, prior to the refinancing, Plaintiffs made 17 monthly payments at an average of $2000.00 payment per month and that equals to the total amount of $34,000.00. In addition, Plaintiffs made 25 payments of $3,000.00, for principal and interest on the refinancing loan, from August 2006 to September 2008 that equals to 75,000.00. Furthermore, Plaintiffs also made 13 additional payments, for interest only on the refinancing of the loan that equals to 19,500.00. In addition, Plaintiffs also made a payment of $30,000.00 for the refinancing fee .

## II. VIOLATION OF CA CIVIL CODE SECTION 2923.5

23. Plaintiffs incorporate paragraphs 1- 22 above by reference herein.

24. Defendant BANK OF AMERICA did not act in good faith in the best interest of Plaintiffs by refusing to negotiate a loan modification and explore other options in order to avoid foreclosure which is in violation of California Civil Code Section 2923.6 which requires upon Defendant BANK OF AMERICA a duty to work out a modification plan in the best interest of all parties if the loan is in default or default is reasonably foreseeable. Plaintiffs suffered actual damages as a result of defendant's breach of said duty .

25. Defendant's conduct was intentional and done for purposes of pecuniary gain, and without regard for Plaintiffs' rights. Therefore, substantial punitive damages are warranted.

## III- VIOLATION OF CA CIVIL CODE SECTION 2923.6

26. Plaintiffs incorporate by reference paragraphs 1-25 above by reference herein.

Defendant BANK OF AMERICA did not act in good faith in the best interest of Plaintiffs by refusing to negotiate a loan modification and explore other options in order to avoid foreclosure which is in violation of California Civil Code Section 2923.6 which requires upon Defendant BANK OF AMERICA a duty to work out a modification plan in the best interest of all parties if the loan is in default or default is reasonably foreseeable. Plaintiffs suffered actual damages as a result of defendant's breach of said duty .

27. Defendant's conduct was intentional and done for purposes of pecuniary gain, and without

MARISCAL v. BANK OF AMERICA

4

1    regard for Plaintiffs' rights. Therefore, substantial punitive damages are warranted.

2

3                    **IV. UNFAIR BUSINESS PRACTICE**

4              **(Violation of Business And Professional Code §§ 17200, et seq.)**

5         28.   Plaintiffs incorporate paragraphs 1-27 above by reference herein.

6         29.   As set forth in detail above, Defendant is engaged in a sophisticated scheme preying on

7    Homeowners, like Plaintiffs, seeking a cash out .

8         30.   As part of this scheme, Defendant induced Plaintiffs to obtain the loan, while intentionally

9    omitting other alternative, such as a line of credit  that is also available for a cash out. This amounts

10   to fraud, deceit, misrepresentation which is an unlawful business practice.

11        31.   No person acting with full knowledge and not under duress would have agreed to the terms

12   of the refinancing loan agreements signed by Plaintiffs if all other alternatives have been disclosed.

13        32.   Under the circumstances, Plaintiffs did not have the sophistication, opportunity or ability to

14   know or reason to know  the existence of other alternatives for a cash out, such as a line of credit.

15        33.   As a result of the conduct  and their superior position as lender with knowledge of all the

16   facts relating to the transaction, compared to Plaintiffs' position, trust and level of sophistication, all of

17   which were known to these defendants at the time, these defendants took a grossly oppressive and unfair

18   advantage over Plaintiffs in the transaction.

19        34.   As a result the loan terms are unfair and a violation of the Business and Professional Code.

20        35.   Plaintiffs suffered actual damages as a direct result of defendant's conduct.

21                    **V. MISREPRESENTATION AND FRAUD**

22

23            **(Violation  of Business And Professional Code §§ 17500, et seq.)**

24        36.   Plaintiff incorporates by reference paragraphs 1-35

25        37.   At all times herein mentioned, its employees, representatives and agents induced Plaintiffs to

26   enter into an agreement by misleading them and without disclosing other alternative to refinancing, such

27   as a line of credit . Plaintiffs suffered actual damages as a direct result of defendants' conduct and

28   substantial punitive damages are warranted.

_____
MARISCAL v. BANK OF AMERICA

5

## VI - VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1632

38. Plaintiffs incorporate by reference paragraphs 1-37 above by reference herein.

39. At all times herein mentioned, Defendants violated California Civil Code § 1632 in that Defendants negotiated the transaction in English and without notifying Plaintiffs, who only speak and read Spanish, that Plaintiffs were entitled under § 1632 to have their own interpreter present to interpret and assist in explaining the documents and contracts presented to Plaintiffs for signing. In addition, Plaintiffs were never provided with a copy of the loan in order to be translated from English to Spanish prior to signing. This is also a violation of §1632 of the California Civil Code.

## VII. UNJUST ENRICHMENT

40. Plaintiffs re-allege and reincorporate each and every allegation contained in the General Allegations and all previous paragraphs of all previous sections and Causes of Action this Complaint, inclusive, as though fully set forth herein.

41. Defendant through its wrongful conduct as described in this Complaint, and the imminent foreclosure of Plaintiffs' home, would reap substantial profits from the monies and investment of $193,500.00 belonging to Plaintiffs due to the refinancing and the monies invested prior to the refinancing. In so doing, Defendant has caused plaintiffs, to suffer substantial monetary losses, as well as emotional stress, and physical injury, all of which damages and costs were not only foreseeable but were the intended consequences of defendants' actions.

42. Based on the facts as alleged herein and as proven at trial, in equity and good conscience, it would be unconscionable and otherwise unjust for defendant to enrich itself at the expense of plaintiffs.

43. As a proximate result of the conduct of Defendant as herein alleged, Plaintiffs have incurred damages in that Plaintiffs were induced to refinance their mortgage into a mortgage that they could ill afford, all by reason of which Plaintiffs have been damaged in at least a sum in excess of the jurisdictional amount of this Court, additional amounts according to proof at time of trial, including interest, attorneys' fees and costs.

MARISCAL v. BANK OF AMERICA

1      ## VIII. INFLICTION OF EMOTIONAL DISTRESS

2           44. Plaintiffs incorporate each and every allegation contained in paragraphs 1-43 herein as

3      though fully set forth.

4           45. The Defendant's' wrongful conduct was extreme and outrageous which has caused the

5      Plaintiffs severe physical and emotional distress as a result of the potential loss of her home and the loss

6      of the large amount of money invested in her home.

7

8           WHEREFORE, having set forth various affirmative defenses to foreclosure, Plaintiffs pray for the

9      following relief:

10          That Plaintiffs are entitled to a Loan Modification.

11          That Plaintiffs be awarded actual and punitive damages according to proof;

12          That Plaintiffs be awarded fees and costs according to proof;

13          That this Court grant any other relief that may be just or equitable.

14

15

16     Dated this 4th of May 2010.                    THE LAW OFFICES OF DEBORAH J. PIMENTEL

17

18                                                    _____

19                                                    Ali Nehme
                                                      Attorney for Plaintiffs

20

21

22

23

24

25

26

27

28

MARISCAL v. BANK OF AMERICA

7

# NOTICE OF CASE MANAGEMENT CONFERENCE

Mariscal

(ENDORSED)
**FILED**
SAN MATEO COUNTY

MAY 5 - 2010

Clerk of the Superior Court
By ____ G Lady
DEPUTY CLERK

vs.

Bank of America

**CIV 494769**

Case No. _____

Date: _____ 9 - 8 - 10

Time: 9:00 a.m.

Dept. 7 – on Tuesday & Thursday
Dept. — on Wednesday & Friday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
   a. **Serve all named defendants and file proofs of service** on those defendants with the court within **60 days** of filing the complaint (CRC 201.7).
   b. **Serve a copy of this notice,** Case Management Statement and ADR Information Sheet on all named parties in this action.
   c. **File and serve a completed** Case Management Statement at least **15 days** before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
   d. **Meet and confer,** in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than **30 days** before the date set for the Case Management Conference.

---
**2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.**
---

3. Continuances of case management conferences are highly disfavored unless good cause is shown.
4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a **completed** stipulation to another ADR process (e.g., mediation) **10 days** prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.
5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.
6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.
7. The Case Management judge will issue orders at the conclusion of the conference that may include:
   a. Referring parties to voluntary ADR and setting an ADR completion date;
   b. Dismissing or severing claims or parties;
   c. Setting a trial date.
8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

**POS-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ali Nehme SBN 236360<br>Law Office Office of Deborah J. Pimentel<br>100 Park Place, Suite 200<br>San Ramon, CA 94583 | |

TELEPHONE NO.: 925-837-6300      FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Plaintiffs Angel Mariscal and Maria Bastidas

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo

STREET ADDRESS: 400 Couty Center

MAILING ADDRESS:

CITY AND ZIP CODE: Redwood City, CA 94063

BRANCH NAME:

PETITIONER/PLAINTIFF: Plaintiffs Angel Mariscal and Maria Bastidas

RESPONDENT/DEFENDANT: Bank of America

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>CIV494769 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   100 Park Place, Suite 200
   San Ramon, CA 94583

3. On (date): 7/22/2010    I mailed from (city and state): San Ramon
   the following documents (specify):
   Notice and Acknowledgment of Receipt-Civil; Civil Cover Sheet, Summons and the Complaint; Case
   Management Notice.

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. Name of person served: Agent for Service of Process: CT Corporation System
   b. Address of person served:
      818 West Seventh Street,
      Los Angeles, CA 90017

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/26/2010

▶

_____Ali Nehme_____                           

(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)      (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov



LAW OFFICES OF DEBORAH J. PIMENTEL
100 Park Place, Suite 200
San Ramon, CA 94583

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

ALI NEHME
(415) 254-0235                              1 LBS        1 OF 1
THE UPS STORE #3035              SHP WT: 1 LBS
STE 4                                          DATE: 26 JUL 2010
2415 SAN RAMON VALLEY BLVD
SAN RAMON  CA 94583

SHIP CT CORPORATION SYSTEM
TO: 818 W 7TH ST

LOS ANGELES  CA 90017-3407

CA 901 9-02

UPS GROUND
TRACKING #: 1Z W66 R40 03 4258 9575

BILLING: P/P

ISH 11.00 E2844 03.5A 04/2010

MSTCA P.                    0001
9019
CA 90017-3407
CA 901 9-02
CA 09459 L

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ali Nehme SBN 236360<br>Law offices Of Deborah J. Pimentel<br>100 Park Place, Suite 200<br>San Ramon, California 94583<br>TELEPHONE NO.: 925-837-6300   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs Angel Mariscal and Maria Bastidas | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, California 94063
BRANCH NAME:

PLAINTIFF/PETITIONER: Angel Mariscal and Maria Bastidas

DEFENDANT/RESPONDENT: Bank of America

| CASE MANAGEMENT STATEMENT | | CASE NUMBER: |
|---|---|---|
| (Check one): ☑ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000) | ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | CIV494769 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: September 9, 2010    Time: 9: 00 a.m.    Dept.: 7    Div.:    Room:

Address of court (if different from the address above):

☐ Notice of Intent to Appear by Telephone, by (name):

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (name):
   b. ☑ This statement is submitted jointly by parties (names): Angel Mariscal and Maria Bastidas

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): May 5, 2010
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☑ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☐ have been served but have not appeared and have not been dismissed (specify names):
      (3) ☐ have had a default entered against them (specify names):
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint (Describe, including causes of action):

   Violation of Good Faith and Fair Dealing, Violation of CA Civil Code Section 2923. 5 and 2923.6;and 1632;Violation of Section 17200 and 17500 of the Bus. Prof.Code.Unjust Enrichment, Emotional D.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. January 1, 2009] | CASE MANAGEMENT STATEMENT | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courtinfo.ca.gov |
|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: Angel Mariscal and Maria Bastidas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bank of America | CIV494769 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiffs were victim of a scheme where in order to get a cash out for a mere $8,000.00, they were fraudulently induced to refinance their mortgage that cost them unnecessary closing fees of $30,000.00 . Due to Defendants' wrongful conduct, Plaintiffs' monthly payments also ballooned from $2,000.00 per month to either $3,000.00 per month for principal and interest or a below interest payment of $1721.00 that would ballooned to $5,300.00 by August 2009. This could have been avoided if Defendant would have disclosed of the availability of a line credit that would have led plaintiffs' monthly payments to increase by a slim amount of $60.00. This led Plaintiff to suffer damages to be proven at trial.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☑ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
   October, November, December 2010, January and February 2011

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 4
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. Fax number:
   f. E-mail address:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
   a. Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
   b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
   c. ☐ The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: Angel Mariscal and Maria Bastidas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bank of America | CIV494769 |

10. d.    The party or parties are willing to participate in *(check all that apply):*
    (1) ☑ Mediation
    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
    (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
    (4) ☐ Binding judicial arbitration
    (5) ☐ Binding private arbitration
    (6) ☐ Neutral case evaluation
    (7) ☐ Other *(specify):*

    e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
    f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
    g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**
    ☐ The party or parties are willing to participate in an early settlement conference *(specify when):*

**12. Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy ☐ Other *(specify):*
Status:

**14. Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 14a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate    will be filed by *(name party):*

**15. Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: Angel Mariscal and Maria Bastidas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bank of America | CIV494769 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Angel Mariscal and Maria Bastidas | Written Discovery and Deposition | 90 days after the filing of each Defendants' answer |

c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

Plaintiffs will meet with the Defendants after the resolution of the pleadings.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Total number of pages attached** *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: August 17, 2010

| Ali Nehme | |
|---|---|
| (TYPE OR PRINT NAME) | ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY) |

| | |
|---|---|
| (TYPE OR PRINT NAME) | ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY) |
| | ☐ Additional signatures are attached. |

CM-110 [Rev. January 1, 2009]        **CASE MANAGEMENT STATEMENT**        Page 4 of 4

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 Park Place, Suite 200 , San Ramon ,California 94583 . On August 17 , 2010

I served the documents indicated below to the interested parties in said action:

Plaintiffs'  Case Management Statement.

I served the Documents to:

Tracy Talbot, Esq.
BRYAN CAVE LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111

VIA FACSIMILE. I sent a true copy thereof via facsimile transmission to the following Number :

EXPRESS MAIL

**XXX**BY MAIL – I am readily familiar with the firm's practice of collection and processing of documents for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Ramon, California, in the ordinary course of business.  I am aware on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

BY PERSONAL SERVICE – I caused such envelope to be delivered by hand   to the offices of. the Addressee.

I declare under penalty of perjury under the laws of the state of California

that the foregoing is true and correct and if sworn as a witness I can competently

testify to the foregoing of my own knowledge.

Executed on  August 17, 2010  at San Ramon , California.

Ali Nehme

FAXED

1ST LEGAL SUPPORT SERVIC **CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Tracy Talbot, CBN 259786<br>BRYAN CAVE LLP<br>Two Embarcadero Center, Suite 1410<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 675-3400    FAX NO. *(Optional):* (415) 675-3434<br>E-MAIL ADDRESS *(Optional):* tracy.talbot@bryancave.com<br>ATTORNEY FOR *(Name):* Defendant Bank of America | **ENDORSED FILED**<br>**SAN MATEO COUNTY**<br><br>AUG 2 5 2010<br><br>Clerk of the Superior Court<br>By _____ S. Peyrot<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Mateo**
STREET ADDRESS:    400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE:    San Mateo, CA 94063
BRANCH NAME:    Southern Branch

PLAINTIFF/PETITIONER: ANGEL MARISCAL and MARIA BASTIDAS

DEFENDANT/RESPONDENT: BANK OF AMERICA

| **CASE MANAGEMENT STATEMENT** | | CASE NUMBER:<br>CIV494769 |
|---|---|---|
| *(Check one):*  ☒ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000) | ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: September 9, 2010        Time: 9:00 a.m.        Dept.: 7        Div.:        Room:

Address of court *(if different from the address above):*

☒    Notice of Intent to Appear by Telephone, by *(name):* Tracy Talbot

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☒ This statement is submitted by party *(name):* Defendant Bank of America
   b. ☐ This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in    ☒ complaint    ☐ cross-complaint    *(Describe, including causes of action):*
      Plaintiffs allege in the Complaint causes of action for violation of the duties of good faith and fair dealing;
      violations of Civil Code sections 2923.5, 2923.6, and 1632; unfair business practices; misrepresentation and
      fraud; unjust enrichment; and infliction of emotional distress

Page 1 of 4

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. January 1, 2009] | **CASE MANAGEMENT STATEMENT** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Cal. Rules of Court,<br>rules 3.720-3.730<br>www.courtinfo.ca.gov |
|---|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: ANGEL MARISCAL and MARIA BASTIDAS | CASE NUMBER:<br>CIV494769 |
|---|---|
| DEFENDANT/RESPONDENT: BANK OF AMERICA | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plainitiffs allege causes of action against Defendant related to a refinance transaction of a loan on their property in San Mateo, California, and a failure to negotiate a loan modification in good faith. Plaintiffs seek punitive damages, declaratory relief, interest, costs and attorneys fees. Despite filing the Complaint on May 5, 2010, Defendant was only recently served with the summons and Complaint with a notice and acknowledgement of receipt on July 26, 2010. Defendant's response to the Complaint is due on September 13, 2010.

As the case is not yet at issue, Defendants ask that the Court continue the Case Management Conference.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☒ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):* As the case is not yet at issue, it will likely not be ready for trial in 12 months.

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☒ days *(specify number):* 3 days
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐ The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.<br>www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER: ANGEL MARISCAL and MARIA BASTIDAS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BANK OF AMERICA | CIV494769 |

10. d.   The party or parties are willing to participate in *(check all that apply):*

    (1) ☐ Mediation

    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

    (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

    (4) ☐ Binding judicial arbitration

    (5) ☐ Binding private arbitration

    (6) ☐ Neutral case evaluation

    (7) ☐ Other *(specify):*

  e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit,

  f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

  g. ☒ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*
Amount in controversy exceeds $50,000.

11.  **Settlement conference**

    ☐ The party or parties are willing to participate in an early settlement conference *(specify when):*

12.  **Insurance**

  a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

  b. Reservation of rights: ☐ Yes ☐ No

  c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

13.  **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy  ☐ Other *(specify):*
Status:

14.  **Related cases, consolidation, and coordination**

  a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 14a.

  b. ☐ A motion to ☐ consolidate ☐ coordinate  will be filed by *(name party):*

15.  **Bifurcation**

    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

16.  **Other motions**

    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER: ANGEL MARISCAL and MARIA BASTIDAS | CASE NUMBER: CIV494769 |
|---|---|
| DEFENDANT/RESPONDENT: BANK OF AMERICA | |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Defendant | Depositions | Per Code |
| Defendant | Interrogatories | Per Code |
| Defendant | Request for Admissions | Per Code |
| Defendant | Request for Production of Documents | Per Code |

c. ☐ The following discovery issues are anticipated *(specify):*

**18. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**19. Other issues**

☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

Defendants request the Case Management Conference be continued until the action is at issue.

**20. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

The case is not yet at issue as Defendant's response to the Complaint is not due until September 13, 2010.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**21.** Total number of pages attached *(if any):*      0

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: August 25, 2010

Tracy M. Talbot
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.
www.FormsWorkflow.com

FAXED
FIRST LEGAL SUPPORT SERVICES

1   **BRYAN CAVE LLP**
    Tracy M. Talbot, California Bar No. 259786
2   Two Embarcadero Center, Suite 1410
    San Francisco, CA 94111-3907
3   Telephone:    415-675-3400
    Facsimile:    415-675-3434
4   E-mail:       tracy.talbot@bryancave.com

5   **BRYAN CAVE LLP**
    Robert E. Boone III, California Bar No. 132780
6   120 Broadway, Suite 300
    Santa Monica, CA 90401-2386
7   Telephone:    310-576-2100
    Facsimile:    310-576-2200
8   Email:        reboone@bryancave.com

9   Attorneys for Defendant
    BANK OF AMERICA, N.A. (erroneously sued as Bank of America)
10

**ENDORSED FILED**
SAN MATEO COUNTY

AUG 2 5 2010

Clerk of the Superior Court
By _____ S. Peyrot _____
DEPUTY CLERK

11          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12              **FOR THE COUNTY OF SAN MATEO**

13

14   ANGEL MARISCAL and MARIA          Case No.: CIV494769
     BASTIDAS,
15                                      **PROOF OF SERVICE**
                   Plaintiffs,
16
            vs.
17
     BANK OF AMERICA; DOES 1-10 inclusive,
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

1

20541.1

COPY

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

1    **PROOF OF SERVICE**

2    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Two Embarcadero Center,

3    Suite 1410, San Francisco, CA 94111. My email address is: ursula.manning@bryancave.com.

4    On today's date, August 25, 2010, I served the following documents:

5    **CASE MANAGEMENT STATEMENT**

6    by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing

7    such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

8    Ali Nehme, Esq.

9    **Law Offices of Deborah J. Pimental**
     100 Park Place, Suite 200

10   San Ramon, California 94583
     Telephone: (925) 837-6300

11
     **[X] BY MAIL** - I am "readily familiar" with the firm's practice of collection and

12   processing correspondence for mailing. Under that practice it would be deposited with

13   U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco,
     California in the ordinary course of business. I am aware that on motion of the party

14   served, service is presumed invalid if postal cancellation date or postage meter date is
     more than one day after date of deposit for mailing in affidavit.

15
     I declare under penalty of perjury under the laws of the State of California that the

16   foregoing is true and correct.

17   Executed on August 25, 2010, at San Francisco, California.

18

19                                                 Ursula Manning

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

2