**BRYAN CAVE LLP**
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:          tracy.talbot@bryancave.com

**BRYAN CAVE LLP**
Stuart W. Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:      (949) 223-7000
Facsimile:      (949) 223-7100
E-mail:          swprice@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A. (erroneously sued as Bank of America)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL MARISCAL and MARIA BASTIDAS,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA; DOES 1-10 inclusive,<br><br>Defendant. | Case No. 3:10-cv-04061-JL<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Honorable James Larson<br><br>Date:          February 9, 2011<br>Time:          10:30 a.m.<br>Courtroom:   F, 15th Floor<br><br>Date Action Filed:  May 5, 2010<br>Trial Date:          Not set |

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS26411

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

**STIPULATION**

Plaintiffs Angel Mariscal and Maria Bastidas ("Plaintiffs") and Defendant Bank of America, N.A. (erroneously sued as Bank of America) ("Defendant") by and through their counsel of record, hereby stipulate and agree as follows:

1.     A Case Management Conference is currently scheduled for February 9, 2011, at 10:30 a.m..

2.     Defendant filed a Motion to Dismiss Plaintiffs' Complaint on September 17, 2010, which was originally scheduled for hearing on February 9, 2011, at 9:30 a.m.

3.     Pursuant to the Clerk's Notice dated January 12, 2011, Defendant's Motion to Dismiss has been submitted without hearing and no appearance is required.

4.     The pleadings are not yet settled to allow for a productive Rule 26(f) conference, and therefore this extension of time will not prejudice the parties or this Court.

Based on the foregoing, the Parties hereby stipulate and request the Court vacate the Case Management Conference currently scheduled for February 9, 2011, and reschedule it for a later date convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  January 27, 2011

By: ___/s/ Ali Nehme_____
         Ali Nehme
Attorney for Plaintiffs
ANGEL MARISCAL and MARIA BASTIDAS

Dated:  January 27, 2011          **BRYAN CAVE LLP**

By: /s/ Tracy Talbot_____
        Tracy Talbot
Attorneys for Defendant
BANK OF AMERICA, N.A. (erroneously sued as Bank of America)

I, Tracy M. Talbot, attest that the content of this document is acceptable to all persons required to sign the document.

____/s/ Tracy M. Talbot____

SF01DOCS26411

1

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

1
2

## [PROPOSED] ORDER

3
4
5

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management

Conference shall be continued until ____April 6, 2011____ at __10:30__ a.m./p.m.

6
7
8

Dated: ____February 2, 2011____

_____

Magistrate Judge James Larson

9
10
11

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF01DOCS26411

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE